MURRAY, Appellant, v. WARD, Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Joseph P. Murray against George W. Ward. J. E. Smith, for appellant. H. S. Gans, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MUSCO v. UNITED SURETY CO. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Damiano Musco against the United Surety Company. No opinion. Motion granted. Order filed. See, also, 117 N. Y. Supp. 21.

MUTUAL LIFE INS. CO. v. BAILEY et al. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by the Mutual Life Insurance Company against Mary E. Bailey and others. No opinion. Motion granted. Settle order on notice.

MUZZY, Respondent, v. WHITE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Action by John B. Muzzy, as receiver, etc., against Annette M. White, impleaded. No opinion. Judgment and order affirmed, with costs.

NATIONAL METAL EDGE BOX CO., Respondent, v. GOTHAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by the National Metal Edge Box Company against Darwin B. Gotham. No opinion. Judgment affirmed, with costs, on opinion of Robson, J., on former appeal, at 125 App. Div. 101, 109 N. Y. Supp. 450. See, also, 126 App. Div. 926, 111 N. Y. Supp. 1132.

NEWTON, Respondent, v. CHAUTAUQUA TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Rufus Newton, as administrator, etc., against the Chautauqua Traction Company. No opinion. Judgment and order affirmed, with costs.

NEW YORK TALKING MACH. CO. v. YOUNG. (Supreme Court, Appellate Term. June 29, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by the New York Talking Machine Company against William L. Young. Judgment for defendant, and plaintiff appeals. G. Lang, Jr., for appellant. J. Levy, for respondent.

PER CURIAM. Judgment affirmed, with costs.

MacLEAN, J. (dissenting). In his answer the defendant denied the alleged sale and delivery of certain goods. In his testimony he admitted the goods, musical goods, were received and kept on his shelves to his knowledge, he receiving the bill, at 2154 Fulton street, Brooklyn, where, as sole owner, but under the name of W. L. Young & Son, he carried on the business of a dealer in musical goods. The complaint should not have been dismissed, and the shopkeeper suffered to elude liability to the plaintiff, by the fugacious contention that the goods came on the direction of his son, who signed an order in the name of the ostensible firm of W. L. Young & Son, which direction and order he had not authority to give or to sign.

NEW YORK & N. J. TELEPHONE Co. v. MENDELSON et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by the New York & New Jersey Telephone Company against Mendel Mendelson and another, impleaded. No opinion. Motion to dismiss appeal denied, without costs.

NINETEENTH WARD BANK, Respondent, v. REICH, Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by the Nineteenth Ward Bank against Jacob Reich. J. I. Wiener, for appellant. W. A. Lockwood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'BOYLE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1909.) Action by Julia O'Boyle, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 115 N. Y. Supp. 1135.

O'CONNELL, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Maurice J. O'Connell against Thomas Murray. No opinion. Judgment and order unanimously affirmed, with costs.

O'DWYER, Respondent, v. SCHOSBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Patrick W. O'Dwyer against Max Schosberg and Walter O. Gutlohn, partners, etc. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for the error of admitting evidence of the amount of sales in another store.

In re OELRICHS. (Supreme Court, Appellate Division, First Department. May 14, 1909.) In the matter of Charles M. Oelrichs. No opinion. Motion granted, without costs. Order filed.

OISHEI, Appellant, v. D'ANCONA et al., Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Achille J. Oishei against Pietro D'Ancona and another. N. L. Keach, for appellant. T. M. Rowlette, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

OLSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Action by Selma Olson, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.